

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 MAY -4  PM 2: 44

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

**U.S. Department of Justice**

Executive Office for United States Attorneys

---

Human Resources Staff

Suite 8017, Bicentennial Building
600 E Street, NW
Washington, DC  20530

(202) 252-5300
FAX (202) 252-5301

May 2, 2017

Mr. Andrew F. Maunz
District of New Mexico
P.O. Box 607
Albuquerque, New Mexico 87103

Dear Mr. Maunz:

    Your appointment as a Special Attorney in the District of Colorado was terminated effective May 1, 2017, in accordance with 28 U.S.C. § 515, and the terms of your initial appointment letter dated September 23, 2011, since the matters related to Laura Ridgell-Boltz have concluded. Your assistance to the District of Colorado is appreciated. No additional action is necessary.

    Thank you for your service to the Department of Justice.

Sincerely,

*Valarie D. Mulcahy*

Valarie D. Mulcahy
Assistant Director
Human Resources Staff
Operations Division